## BATES v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided October 4, 1932.)

W. J. COX and HUBERT MEREDITH for movant.

BAILEY P. WOOTTON, Attorney General, and JOHN L. GRAYOT, Commonwealth's Atty., of Madisonville, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

## HARKINS v. HARRISON GRANITE COMPANY.

Court of Appeals of Kentucky.

(Decided October 14, 1932.)

HARKINS & HARKINS for movant.

JAMES & HOBSON, opposed.

PER CURIAM.

Appeal dismissed on authority of Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25.

## SINGLETON v. SINGLETON.

Court of Appeals of Kentucky.

(Decided October 18, 1932.)

WADE CRAWFORD and W. H. HESTER for movant.

E. P. PHILLIPS, opposed.

PER CURIAM.

On authority of Roper v. Roper, 47 S. W. (2d) 517, and cases therein cited, motion for an appeal is denied. Judgment affirmed.